IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DANE S. FIELD, | ) | CIVIL NO. 14-00087 JMS-RLP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | RECOMMENDATION TO |
| vs. | ) | WITHDRAW REFERENCE IN |
| | ) | ORDER TO SCHEDULE AND |
| THE MANO MANAGEMENT TRUST, ET AL., | ) | CONDUCT JURY TRIAL |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER ADOPTING RECOMMENDATION TO WITHDRAW REFERENCE IN ORDER TO SCHEDULE AND CONDUCT JURY TRIAL**

United States Bankruptcy Judge Robert J. Faris issued a Recommendation to District Court to Withdraw Reference in Order to Schedule and Conduct Jury Trial, in which he recommended that reference be withdrawn for the limited purposes of opening a civil case and setting a date for a jury trial. Doc. No. 1-1 at 3. Judge Faris also recommended that the district court leave the adversary proceeding in the bankruptcy court for all other purposes until 60 days prior to the trial date to facilitate prompt resolution of this matter and to allow the bankruptcy court to set meaningful deadlines for the completion of all pretrial matters. *Id.*

Having considered Judge Faris' Recommendation and good cause appearing therefore, this Court WITHDRAWS the reference as detailed above. A Scheduling Conference to set a trial date and deadlines for trial-related submissions shall be held before Magistrate Judge Richard L. Puglisi on March 20, 2014, at 10:00 a.m. Judge Faris shall retain jurisdiction for all other purposes until 60 days prior to the trial date to facilitate prompt resolution of this matter and to set meaningful deadlines for the completion of all pretrial matters.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 25, 2014.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Field v. The Mano Mgmt. Trust, et al.*, Order Adopting Recommendation to Withdraw Reference in Order to Schedule and Conduct Jury Trial