hib_5005tr (5/2014)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813

*Debtor(s):* THE MORTGAGE STORE, INC.　　　　Chapter 7　　Case No. 10-03454

*Plaintiff(s):*
*("et al." if multiple)* DANE S. FIELD　　　　A.P. No. 12-90089

*vs. Defendant(s):*
*("et al." if multiple)* THE MANO MANAGEMENT TRUST, ET AL.

## NOTICE OF TRANSMITTAL TO DISTRICT COURT

The following document or matter is being transmitted to the district court for further attention:

Recommendation to District Court to Vacate Withdrawal of Reference - Civil No. 14-00087 JMS-RLP

Suggested Cause of Action (District CM/ECF):

Suggested Nature of Suit (District CM/ECF):

☐ Filing fee paid or no fee due.　　☐ Filing fee not paid.

| Party | | Role | |
| Party | | Role | |
| Party | | Role | |
| Party | | Role | |

☐ Additional parties　　☐ Docket sheet attached　　☐ Attorney list attached

Dated: January 21, 2015　　　　　　　　　　Michael B. Dowling, Clerk