IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| In re | ) | CIVIL NO. 14-00087 JMS-RLP |
| | ) | |
| THE MORTGAGE STORE, INC., | ) | ORDER ADOPTING |
| | ) | RECOMMENDATION TO |
| Debtor. | ) | DISTRICT COURT TO VACATE |
| _____ | ) | WITHDRAWAL OF REFERENCE |
| | ) | |
| DANE S. FIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE MANO MANAGEMENT TRUST; | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**<u>ORDER ADOPTING RECOMMENDATION TO DISTRICT COURT TO
VACATE WITHDRAWAL OF REFERENCE</u>**

On February 25, 2014, this court issued an Order Adopting

Recommendation to Withdraw Reference in Order to Schedule and Conduct Jury

Trial (the "February 25 Order"). Doc. No. 2. The withdrawal of reference was

"for the limited purposes of opening [this action] and setting a date for a jury trial."

*Id.* at 1. The February 25 Order also directed that "[Bankruptcy] Judge [Robert J.]

Faris shall retain jurisdiction for all other purposes until 60 days prior to the trial

date to facilitate prompt resolution of this matter and to set meaningful deadlines

for the completion of all pretrial matters." *Id.* at 2.  Thereafter, on March 5, 2014,

Magistrate Judge Richard L. Puglisi issued a Rule 16 Scheduling Order (the

"March 5 Order") setting this action for trial before this court on April 7, 2015.

Doc. No. 7.

On January 20, 2015, Defendants The Mano Management Trust,

Mano, Ltd., Paulrajan Manoharan, a/k/a Paulrahan Manoharan, a/k/a Paul

Manoharan, Yalini Manoharan, Mano-May, Ltd., Y&M Enterprises, Inc., Willacy

Investco, LLC, John Mark Freeland, a/k/a Mark Freeland (collectively,

"Defendants") "withdrew their jury demands and consented to the entry of final

judgment by the bankruptcy court."  Doc. No. 9-1, Recommendation at 2; *see* Doc.

No. 9-2, Ex. A.  Accordingly, on January 21, 2015, Judge Faris issued a

Recommendation to District Court to Vacate Withdrawal of Reference

("Recommendation"), in which he recommends vacating both the February 25

Order and March 5 Order.  Doc. No. 9-1, Recommendation at 2.

Having considered Judge Faris' Recommendation and good cause

appearing therefore, this Court ADOPTS the Recommendation to District Court to

Vacate Withdrawal of Reference.  The February 25 Order and March 7 Order are

///

///

hereby vacated and jurisdiction over this adversary proceeding shall remain in the

bankruptcy court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 23, 2015.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Field v. The Mano Mgmt. Trust, et al.*, Civ. No. 14-00087 JMS-RLP, Order Adopting
Recommendation to District Court to Vacate Withdrawal of Reference